FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 24 2020

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Central Division

CHARLI KNIGHT                                                                 PLAINTIFF

v.                           Case No. 4:20-CV-90-DPM

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Harris**

DOLGENCORP, LLC d/b/a
DOLLAR GENERAL STORE                                                          DEFENDANT

## NOTICE OF REMOVAL

Defendant Dolgencorp, LLC ("Dolgencorp"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action from the Circuit Court of Pulaski County, Arkansas, where it is pending as Case No. 60CV-20-91, to the United States District Court for the Eastern District of Arkansas. As grounds for this removal, Dolgencorp states:

1. Plaintiff Charli Knight ("Plaintiff") filed this action in the Circuit Court of Pulaski County, Arkansas on January 3, 2020. A copy of Plaintiff's Complaint and summons are attached as Exhibit A.

2. Service on Dolgencorp was effected on January 8, 2020.

3. In accordance with 28 U.S.C. § 1446(a), copies of "all process, pleadings, and orders" already filed with the Circuit Court of Pulaski County, Arkansas are attached as Exhibit A.

4. Dolgencorp has not yet filed a responsive pleading in the Circuit Court of Pulaski County, Arkansas.

5. Plaintiff is an Arkansas citizen residing in Pulaski County, Arkansas. *See* Compl. ¶ 1.

6. Dolgencorp is a foreign limited liability company formed and existing under the laws of the state of Kentucky with its principal place of business in Goodlettsville, Tennessee. At all times pertinent, including the time of the filing of Plaintiff's Complaint in the Circuit Court of Pulaski County, Arkansas and the time of the filing of this Notice of Removal, Dolgencorp has consisted of only one member: Dollar General Corporation. Dollar General Corporation is a foreign corporation incorporated under the laws of the state of Tennessee with its principal place of business in Goodlettsville, Tennessee.

7. At all times pertinent, including the time of the filing of Plaintiff's Complaint in the Circuit Court of Pulaski County, Arkansas and the time of the filing of this Notice of Removal, complete diversity of citizenship has existed because a) Plaintiff was and currently is an Arkansas citizen residing in Pulaski County, Arkansas, and b) Dolgencorp was and is currently a foreign limited liability company formed and existing under the laws of the state of Kentucky with its principal place of business in Goodlettsville, Tennessee whose sole member, Dollar General Corporation, was and is currently a foreign corporation incorporated under the laws of the state of Tennessee with its principal place of business in Goodlettsville, Tennessee.

8. Complete diversity of citizenship exists.

9. Plaintiff alleges that Dolgencorp is liable under theories of negligence for her injuries and seeks money damages in a sum exceeding that required for federal court jurisdiction in a diversity of citizenship case. *See* Compl. ¶ 20.

10. Accordingly, this case is removable pursuant to 28 U.S.C. §1441. It is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds the statutory requisite of $75,000.00.

11. The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b) in that this Notice of Removal is being filed within thirty days of receiving Plaintiff's Complaint.

12. Dolgencorp, upon filing this Notice of Removal, is filing a copy of this Notice of Removal with the Clerk of the Circuit Court for Pulaski County, Arkansas, which has effected this removal in accordance with 28 U.S.C. § 1446(d).

13. Written notice of removal is being served upon Plaintiff in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Dolgencorp, LLC d/b/a Dollar General Store hereby removes this action to this Court and prays that this Court exercise jurisdiction over this matter and grant to Dolgencorp, LLC d/b/a Dollar General Store all proper relief to which it is entitled.

> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, AR 72201
> Phone: (501) 379-1700
> Facsimile: (501) 379-1701
> bford@qgtlaw.com
> twilliams@qgtlaw.com
>
> By: *[signature]*
> Brittany S. Ford (Bar No. 2018102)
> Thomas G. Williams (Bar No. 88186)
>
> *Attorneys for Dolgencorp, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 24th day of January 2020, I have served the foregoing by U.S. Mail, postage prepaid, upon the following counsel of record:

Clayton B Sexton
Law Offices of Travis Berry
901 Main Street
Arkadelphia; AR 71923

*Brittany Ford*
Brittany S. Ford

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. CHRIS PIAZZA - 2ND DIVISION 6TH CIRCUIT

<u>CHARLI KNIGHT V DOLGENCORP, LLC.</u>

60CV-20-91

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

DOLGENCORP, LLC.
300 Spring Street
Little Rock, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clayton Sexton
901 MAIN STREET
ARKADELPHIA, AR  71923

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

Chauncey E. Durham, DC

Date: 01/03/2020

**EXHIBIT A**

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form – CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 01/03/2020

No. 60CV-20-91 This summons is for DOLGENCORP, LLC. (name of Defendant).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____

[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____         SHERIFF OF _____ COUNTY, ARKANSAS

                              By: _____
                              [Signature of server]

                              _____
                              [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____         By: _____
                              [Signature of server]

                              _____
                              [Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

                              _____
                              Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Jan-03 13:23:21
60CV-20-91
C06D02 : 6 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**CHARLI KNIGHT**                                                          **PLAINTIFF**

V.                              CASE NO. 60CV-2020-___-___

**DOLGENCORP, LLC.**                                                       **DEFENDANTS**

## COMPLAINT

COMES NOW the Plaintiff, Charli Knight, by and through her attorneys, Law Offices of Travis Berry, by Clayton B. Sexton, and for her Complaint against the Defendant, states as follows:

### I. RESIDENCY AND PARTIES

1. That at the time of the incident giving rise to this Complaint, the Plaintiff, Charli Knight, is an individual adult resident of Pulaski County, Arkansas, with a residential address of 8651 Kling Road, Mabelville, AR 72103.

2. The corporate Defendant, Dolgencorp, LLC., is, and was at all times mentioned in this Complaint, a corporation organized and existing under the laws of the State of Arkansas, and may be served with process through its agent for service, Corporation Service Company, 300 Spring Street, Suite 900, Little Rock, Arkansas 72201.

3. That at all times mentioned in this Complaint, the corporate Defendant, Dolgencorp, LLC., owned and operated a retail store located at 15216 Chicot Road, Mabelvale, Pulaski County, Arkansas (hereinafter "Dollar General Store # 13097").

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.

5. Venue is proper pursuant to Ark. Code Ann. § 16-60-101, which provides that all actions for personal injury may be brought in the county where the incident occurred which caused the injury, in the county where the person injured resided at the time of the injury, or the county in which the defendant resided.

## III. BASIC PREMISE

6. This is a negligence case which arises from an incident that occurred on January 11, 2017, at 15216 Chicot Road, Mabelvale, Pulaski County, Arkansas, more commonly known as Dollar General Store #13097.

## IV. FACTS

7. At all material times, Defendant operated a retail store, known as Dollar General Store #13097, and was open for business to the public, including the Plaintiff.

8. That at all times relevant hereto, Plaintiff, Charli Knight, was an invitee and legally on the premises.

9. Dollar General Store #13097 had a hole, hereinafter known as the "Hole" in the concrete directly in front of the ramp leading into the front entrance of the store. A photograph of the "Hole" is attached as Exhibit A.

10. The "Hole" was a hazard that was either known, or should have been known, to the Defendant, as the lines of the concrete were painted over the "Hole."

11. The Defendant did not have any warning of the "Hole" for invitees that were expected to enter and exit the store through this location.

12. On or about January 11, 2017, Plaintiff, Charli Knight, was exiting the store walking on the ramp carrying out her purchases when she tripped in the "Hole." As a result, Plaintiff sustained severe personal injuries and damages.

## V. NEGLIGENCE

13. That in carrying out security operations, the corporate Defendant, DOLGENCORP, LLC., owed a duty to those lawfully on the premises of the Dollar General Store #13097, including the Plaintiff, Charli Knight, to use due care to ensure that such persons were not injured or otherwise put at risk while at the store.

14. Defendant was negligent in the following particulars:

    a. Failing to properly supervise the area in question so as to furnish to the Plaintiff, Charli Knight, a safe shopping experience, free from hazards, which were recognized, or should have been recognized by Defendant, DOLGENCORP, LLC., as causing, or likely to cause, the serious physical harm to the Plaintiff, and others;

    b. Failing to properly display warning signs or other directives in a manner as such would inform Plaintiff of the potential hazard;

    c. The failure of maintenance of distractions that foreseeably diverted the Plaintiff's attention from the dangerous condition that was not visible at eye level;

    d. Failing to maintain the store in a safe condition to ensure that the Plaintiff would not be caused injury as a result of an obstruction which existed and which was known or should have been known to the Defendant;

e. Failing to properly inspect the store wherein the Plaintiff was caused injury as a result of the obstruction which existed which was known or should have been known to the Defendant;

f. Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

g. Failing otherwise to comply with the applicable laws and regulations of the State of Arkansas and the applicable Federal laws and regulations; and

h. Otherwise failing to exercise the degree of care required under the circumstances.

## VI. PROXIMATE CAUSATION

15. The Defendant's negligence proximately caused the incident described herein and the injuries and damages sustained by the Plaintiff.

## VII. INJURIES AND COMPENSATORY DAMAGES

16. As a result of the aforesaid conduct and breach of care of the Defendant, DOLGENCORP, LLC., Plaintiff sustained personal injuries and damages.

17. Plaintiff is entitled to the following damages:

    a. The natures, extent, duration, and permanency of her injuries;

    b. The full extent of the injuries she sustained;

    c. The expense of her medical care, treatment, and services received, including transportation, board and lodging expenses, and those expenses that are reasonably certain to be required in the future;

    d. Any pain, suffering, and mental anguish experienced in the past and reasonably certain to be experienced in the future;

  e. The value of any earnings, earning capacity, profits, or salary lost in the past and that are reasonably certain to be lost in the future; and

  f. The visible results of her injuries.

18. The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## VIII.   DEMAND FOR JURY TRIAL

19. Plaintiff hereby demands a trial by jury.

## IX.   DEMAND AND PRAYER

20. The Plaintiff demands judgment against the Defendant for damages in a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate her for her damages.

21. The Plaintiff demands judgment against the Defendant in an amount to be set by the jury to compensate her for her damages, for reasonable expenses; costs; and for all other proper relief to which she may be entitled.

RESPECTFULLY SUBMITTED,

*/s/ Clayton B. Sexton*

Clayton B. Sexton (Ark. Bar No. 2017024)
LAW OFFICES OF TRAVIS BERRY
901 Main Street
Arkadelphia, AR 71923
Telephone:   (870) 246-7650
Facsimile:   (870) 246-7679
Email:   clay@berry.lawyer

CERTIFIED MAIL®

LAW OFFICES OF
TRAVIS BERRY
PERSONAL INJURY LAWYERS
901 MAIN STREET • ARKADELPHIA, AR 71923

7017 2400 0000 3154 7467

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $009.85⁰
0000544658 JAN 06 2020
MAILED FROM ZIP CODE 71923

LW-7

**CERTIFIED MAIL/RESTRICTED DELIVERY**
**RETURN RECEIPT REQUESTED**
DOLGENCORP, LLC
Corporation Service Company
300 Spring Street
Little Rock, AR 72201

Bot 3407

72201$2444 C041