IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLI KNIGHT**                                                      **PLAINTIFF**

v.                      No. 4:20-cv-90-DPM

**DOLGENCORP, LLC d/b/a**
**DOLLAR GENERAL STORE**                          **DEFENDANT**

## JUDGMENT

Knight's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2021